UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

GABRIELLE ROSE SWEENEY,
Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

------------------------------------------------------------x

Hon. Andrew T. Baxter

Civil Action No. 5:19-cv-0060-ATB

CONSENT ORDER TO REMAND
PURSUANT TO SENTENCE 4 OF
42 U.S.C. § 405(g)

IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the parties in

the above-titled action that this case be remanded to the Commissioner for further proceedings

pursuant to the fourth sentence of 42 U.S.C. § 405(g).

AND, the Court having reviewed the record in this matter;

IT IS on this **25th** day of **July**, 2019;

SO ORDERED.

Andrew T. Baxter
**Andrew T. Baxter**
**U.S. Magistrate Judge**

The undersigned hereby consent to the form and entry of the within order.

GRANT C. JAQUITH
United States Attorney

BY:

Kathryn S. Pollack
Special Assistant United States Attorney
Attorney for Defendant
c/o Social Security Administration
26 Federal Plaza, Room 3904
New York, New York 10278
(212) 264-2331
kathryn.pollack@ssa.gov

BY: _____

Steven R. Dolson
Law Offices of Steven R. Dolson
126 North Salina Street, Suite 3B
Syracuse, NY 13202
315-423-3328
Email: sdolson@dolsonattorneys.com